**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY ANN CURRY ET AL, | NO. C 05-04003 |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| CTB MCGRAW-HILL, LLC ET AL, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **March 9, 2009 at 10:00 AM** (30 days from date of remand). On or before **February 27, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: February 3, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Norman B. Blumenthal norm@bamlawlj.com
Alan Bernhard Carlson acarlson@littler.com ,lcunningham@littler.com , jgaeden@littler.com
Mark Andrew Chavez mark@chavezgertler.com, cate@chavezgertler.com
Jonathan E Gertler jon@chavezgertler.com, moya@chavezgertler.com
David Roger Markham dmarkham@clarkmarkham.com, misty@clarkmarkham.com
Kyle Roald Nordrehaug kyle@bamlawlj.com
Nancy Lynn Ober  nlober@littler.com, bkearney@littler.com
Robert James Wilger rwilger@littler.com, jgaeden@littler.com

**Dated:  February 3, 2009**                              **Richard W. Wieking, Clerk**

                                                          **By:     /s/ JW Chambers**
                                                               **Elizabeth Garcia**
                                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California