1   DAVID R. MARKHAM, Bar No. 071814
    CLARK & MARKHAM LLP
2   600 B Street, Suite 2130
    San Diego, CA 92101
3   Telephone: (619) 239-1321
    Facsimile: (619) 239-5888
4   E-mail: dmarkham@clarkmarkham.com

5   Attorneys for Plaintiffs
    MARY ANN CURRY, SUSAN SWANSON
6   and MILO KUSHNER,
    individually, and on behalf of all persons
7   similarly situated

8

9   ALAN B. CARLSON, Bar No. 55090
    NANCY L. OBER, Bar No. 49683
    ROBERT J. WILGER, Bar No. 168402
10  LITTLER MENDELSON
    A Professional Corporation
11  50 West San Fernando Street, 14th Floor
    San Jose, CA 95113-2303
12  Telephone:   408.998.4150
    Facsimile:   408.288.5686
13  E-mail: nlober@littler.com

14  Attorneys for Defendants
    CTB McGRAW-HILL LLC and
15  THE McGRAW-HILL COMPANIES, INC.

16

17              UNITED STATES DISTRICT COURT

18             NORTHERN DIVISION OF CALIFORNIA

19                   SAN JOSE DIVISION

20
    MARY ANN CURRY, SUSAN SWANSON,        ) Case No. C-05-04003-JW
21  and MILO KUSHNER individually, on behalf of )
    themselves, on behalf of all persons similarly ) JOINT STIPULATION AND [PROPOSED]
22  situated, and on behalf of the general public, ) ORDER OF DISMISSAL
                      Plaintiff,           )
23                                         ) [UNCERTIFIED] CLASS ACTION
        v.                                 )
24                                         ) [FED. R. CIV. P. 41(a)(1)(A)(ii)]
    CTB MCGRAW-HILL, LLC; MCGRAW-HILL )
25  COMPANIES, INC.,                       )
                      Defendants.          )
26                                         )
                                           )
27

28

        JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and

2  Defendants, through their undersigned attorneys of record, stipulate as follows:

3       1.  The Ninth Circuit's decision in this case affirmed this Court's dismissal with prejudice

4           of Plaintiffs' ERISA claims but directed that the judgment be modified to dismiss the

5           state law claims without prejudice.

6       2.  Plaintiffs have determined that the state law claims would be substantially limited in

7           scope based on the preemption and/or collateral estoppel effect of the dismissal of the

8           ERISA claims.

9       3.  Because Plaintiffs have determined that the remaining state law claims are so limited in

10          scope that further prosecution of class claims is not economically feasible, the parties

11          agree to dismissal of the remaining state law claims with prejudice under F.R.Civ.P. 41,

12          with the parties to bear their own costs.

13

14  Dated: ___3/6/09___                    CLARK & MARKHAM, LLP

15                                          By:_____

16                                          David R. Markham

17                                          Attorneys for Plaintiffs

18

19  Dated: __March 4, 2009__                LITTLER MENDELSON

20                                          By:_____

21                                          Nancy L. Ober

22                                          Attorneys for Defendants

23

24

25

26

27

28          **JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

                                    1

1

**[PROPOSED] ORDER**

2   Based on the foregoing stipulation of the parties, the remaining state law claims in this action shall

3   be dismissed with prejudice, with the parties to bear their own costs. The Clerk shall close this file.

4   Dated:  March 6, 2009                                    _____

5                                                            Hon. James Ware

6                                                            Judge of the United States District Court

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

2